# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2017

154390

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

ALEXANDER FIGURSKI, Minor, by his
Conservator, HOWARD LINDEN,
　　　　Plaintiff-Appellee,

v

TRINITY HEALTH-MICHIGAN, d/b/a SAINT
JOSEPH MERCY LIVINGSTON HOSPITAL,
WILLIAM BRADFIELD, M.D., and
CATHERINE McAULEY HEALTH
SERVICES CORPORATION, a/k/a SAINT
JOSEPH MEDICINE FACULTY ASSOCIATES,
a/k/a SAINT JOSEPH MERCY PRIMARY
CARE,
　　　　Defendants-Appellants.
_____/

SC: 154390
COA: 318115
Livingston CC: 11-026468-NH

On order of the Court, the application for leave to appeal the July 28, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Walters v Falik* (Docket No. 154489) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



p0503

Clerk